## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOLLY CIANNELLA on behalf of herself and the putative class, | |
| Plaintiffs, | Case No. 09-cv-5678 (KSH) (PS) |
| v. | Judge Katharine S. Hayden |
| | Magistrate Judge Patty Shwartz |
| SHELL OIL COMPANY MOTIVA ENTERPRISES, LLC, | ORDER |
| Defendants. | |

**THIS MATTER**, being opened to the Court by DiSabato & Bouckenooghe LLC, attorneys for Plaintiffs Holly Ciannella on behalf of herself and the putative class, by way of a Motion for Leave to File an Amended Complaint; and the Court having considered the papers submitted in support of, ~~and opposition to, said motion~~ *F.O. RCiv P 15, and caselaw; being advised that defendants do not oppose the motion* ~~and the Court having considered oral argument by the parties, if any~~; and for good cause shown,

IT IS on this __29th__ day of __December__, ~~2010~~ 2009

**ORDERED**, as follows:

*[Docket No 5-]*

1. Plaintiff's Motion for Leave to File an Amended Complaint be and hereby is granted.

2. Plaintiff shall file and serve its First Amended Complaint within seven (7) days of the date hereof.

3. A copy of this Order shall be served on all Counsel within seven (7) days of the date hereof.

*4. Nothing herein constitutes a ruling concerning the existence of CAFA jurisdiction*

_____
Hon. Patty Shwartz
U.S. Magistrate Judge